```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
JAN 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01: 09-00020 DLB |
| Plaintiff, ) | |
| v. ) | ORDER UNSEALING COMPLAINT AND WARRANTS OF ARREST |
| MOHAMED GASS HERSI ) AMRAN ISMAIL ALI ) GASS MOHAMED GASS HERSI ) ABDULKADIR GASS HERSI ) FOOSIYA MOHAMED GASS ) ABDIKADIR MOHAMED GASS ) YUSUR ROBLE SAID and ) ZEMZEM MOHAMED ILMI ) ) Defendants. ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrants of arrest be unsealed and made public record.

DATED: 1/29/2009

_____
United States Magistrate Judge