LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Abdulkadir Grass Hersi,<br><br>　　　　　Defendant. | Case No. 1:09-CR-00057-4<br><br>ORDER CONTINUING MOTION HEARING |

　　The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Stanley A. Boone Assistant United States Attorney, and the defendant, by and through his attorney, Hristo Bijeve have agreed to stipulate to a continuance of the motion hearing in this case, currently set for April 6, 2009 to April 8, 2009, at 1:30p.m.

　　　　IT IS HEREBY ordered that the motion hearing in this case be continued to April 8, 2009 at 1:30 p.m.

DATED: April 3, 2009　　　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　Honorable Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1