HRISTO K. BIJEV, #216521
Attorney at Law
2100 Tulare Street, Suite 407
Fresno, California  93721
Telephone (559) 264-6585
Facsimile (559) 264-6611

Attorney for Defendant
Hersi, Abdulkadir Gass

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HERSI, Abdulkadir Gass<br><br>　　　　Defendant. | Case No.: 1:09-CR-00057 OWW<br><br>**WAIVER OF DEFENDANT'S PRESENCE**<br><br>**AT COURT HEARINGS** |

　　　　Defendant, ABDULKADIR GASS HERSI, hereby waives his right to be present in person in open court upon the hearing of any proceeding in this cause, including but not limited to, arraignment, status conferences, pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

　　　　Defendant hereby requests the Court to proceed during his absence and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if he were personally present.  This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3).  This waiver is being made because Defendant, ABDULKADIR GASS HERSI, has been charged by indictment.

　　　　Defendant acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under

the Act without the defendant being present.

 /s./ Abdulkadir Gass Hersi_____

ABDULKADIR HERSI, Defendant

5622 150th St._____
Address

Tukwila, WA 98188
City/State/Zip Code

Dated: April 23, 2009

                                         Respectfully Submitted,

.

                                         By: _____
                                               HRISTO BIJEV, ESQ.
                                             Attorney for Defendant
                                             ABDULKADIR GASS HERSI

---

### ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the defendant's appearance may be waived upon the hearing of any proceeding in this cause, including but not limited to, arraignment, status conferences, pre-trial motions, and requests for continuances, except for change of please or trial, and imposition of sentence.

**DATED**: 5/11/2009                                       **BY THE COURT**

                                                          /s/ OLIVER W. WANGER
                                                          **Judge of the United States District Court**
                                                          **Eastern District of California**