# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
FEB 18 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Abdulkadir Gass Hersi | Case No. 09-CR-0057 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Abdulkadir Gass Hersi__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(s) which pertains to location monitoirng/home detention, and adding: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 10 pm to 6 am or as directed by the Pretrial Services Officer. All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/5/10          _____  2-11-10
Signature of Defendant    Date             Pretrial Services Officer    Date
Abdulkadir Gass Hersi                       Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   1-29-2010
Signature of Assistant United States Attorney    Date
Laurel J. Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   2-16-10
Signature of Defense Counsel              Date
Hristo Bijev

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __2/18/10__
[ ] The above modification of conditions of release is *not* ordered.

_____                   2/18/10
Signature of Judicial Officer             Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services