BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09-cr-00057-OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND |
| MOHAMED GASS HERSI, ET AL., | ) | ORDER THEREON |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference and motions in limine hearing currently set for **March 17, 2010** be continued to **April 21, 2010, at 12:00 p.m.**

Counsel for the government is unavailable on March 17, 2010 and several of the defense counsel are likewise unavailable. Additionally, the government has received additional discovery that is in the process of being provided to the defendants. The delay would allow for further investigation, and potential resolution of at least some of the defendants in this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv). The government believes that time has already been excluded to and through the trial date.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA |
| 4 | | Assistant U.S. Attorney |
| 5 | | |
| 6 | Dated: March 15, 2010 | /s/ Mark W. King<br>MARK W. KING |
| 7 | | Attorney for Defendant<br>Mohamed Gass Hersi |
| 8 | | |
| 9 | Dated: March 15, 2010 | /s/ David R. Mugridge<br>DAVID R. MUGRIDGE |
| 10 | | Attorney for Defendant<br>Amran Ali |
| 11 | | |
| 12 | Dated: March 15, 2010 | /s/ Joan J. Levie<br>JOAN J. LEVIE |
| 13 | | Attorney for Defendant<br>Gass Mohamed Gass Hersi |
| 14 | | |
| 15 | Dated: March 15, 2010 | /s/ Hristo Bijev<br>HRISTO BIJEV |
| 16 | | Attorney for Defendant<br>Abdulkadir Gass Hersi |
| 17 | | |
| 18 | Dated: March 15, 2010 | /s/ Patience Milrod<br>PATIENCE MILROD |
| 19 | | Attorney for Defendant<br>Foosiya Mohamed Gass |
| 20 | | |
| 21 | Dated: March 15, 2010 | /s/ Mark Days<br>MARK DAYS |
| 22 | | Attorney for Defendant<br>Abdikadir Mohamed Gass |
| 23 | | |
| 24 | Dated: March 15, 2010 | /s/ James R. Homola<br>JAMES R. HOMOLA |
| 25 | | Attorney for Defendnt<br>Yusur Roble Said |
| 26 | // | |
| 27 | // | |
| 28 | // | |

Dated: March 15, 2010           /s/ Richard A. Beshwate, Jr.
                                                        RICHARD A. BESHWATE, JR.
                                                        Attorney for Defendant
                                                        Zemzem Mohamed Ilmi

Dated: March 15, 2010           /s/ Dale A. Blickenstaff
                                                        DALE A. BLICKENSTAFF
                                                        Attorney for Defendant
                                                        Muhyuadiin Ali

<u>ORDER CONTINUING HEARING DATE</u>

    IT IS SO ORDERED....

Date: <u>March 15, 2010</u>           <u>/s/ OLIVER W. WANGER</u>
                                                        United States District Judge