```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    KEVIN P. ROONEY
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California  93721
 5  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>ABDIKADIR MOHAMED GASS,  )<br>GASS MOHAMED GASS HERSI, and )<br>FOOSIYA MOHAMED GASS,  )<br>  )<br>  )<br>            Defendants.  )<br>_____ ) | 01: 09-cr-00057 OWW<br><br><br><br>STIPULATION AND ORDER TERMINATING<br>CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the conditions of release imposed by United States Magistrate Judge Dennis L. Beck on January 30, 2009 be terminated.

On January 31, 2011, the above-named defendants entered into a deferred prosecution agreement where the matter will be dismissed if they do not commit a federal, state, or local offense for a period of twelve (12) months.  There is no longer a need for the previously imposed conditions of release.

//

//

1


```
DATED: February 1, 2011           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /S/ Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant U.S. Attorney


DATED: February 1, 2011            /s/ Marc Days
                                  Attorney for ABDIKADIR
                                  MOHAMED GASS


DATED: February 1, 2011            /s/ Stephen Naratil
                                  Attorney for FOOSIYA
                                  MOHAMED GASS


DATED: February 1, 2011            /s/ Jon Renge
                                  Attorney for GASS MOHAMED
                                  GASS HERSI
```

IT IS HEREBY ORDERED that the conditions of release imposed on the above-named defendants January 30, 2009 be terminated.

IT IS SO ORDERED.

**Dated:   February 1, 2011**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE