# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABDULKADIR GASS HERSI,<br><br>　　　　　Defendant. | No. 1:09-cr-00057-JLT<br><br>ORDER DENYING REQUEST TO EXPUNGE CONVICTION<br><br>(Doc. 310) |

On April 27, 2010, Abdulkadir Gass Hersi pleaded guilty to one count of misprison of felony in violation of 18 U.S.C. § 4. (*See* Docs. 189, 231.) As part of his guilty plea, Defendant agreed that he was in fact guilty of the misprison offense, which concerned underlying activities related to the unlawful possession with the intent to distribute khat, a substance containing cathinone. (Doc. 185 & Ex. A.) On October 13, 2010, Defendant was sentenced to 36 months of probation. (Doc. 231.) Presently before the Court is Defendant's motion to expunge his conviction. (Doc. 310.) The government has filed an opposition to the motion. (Doc. 315.)

Defendant invokes two possible pathways to expungement: 18 U.S.C. § 3607 and the Court's inherent authority under *United States v. Crowell*, 374 F.3d 790, 793 (9th Cir. 2004). (Doc. 310 at 2–3.) As Defense Counsel implicitly acknowledges (*see* Doc. 310 at 2), Defendant is not eligible for relief under 18 U.S.C. § 3607, which permits expungement for persons under the age of 21 who were convicted of simple possession of a controlled substance if that person

1

completed pre-judgment probation. A misprison of felony conviction is not covered by this statutory provision.

As the government points out, the Court's inherent authority to expunge is limited to situations in which a conviction has been deemed unlawful or was the result of a clerical error. *Crowell*, 374 F.3d at 793. Defendant makes no such showing or argument here. Though Defendant's desire to clear his record is certainly understandable, the Court lacks the authority to expunge his conviction. Thus, his request to expunge his conviction is **DENIED**.

IT IS SO ORDERED.

Dated:   **December 21, 2023**

UNITED STATES DISTRICT JUDGE